UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : Crim. No. 3:89CR-68(PCD)

v. :

ARNOLD FOOTE, JR. :

## ORDER

This matter having come before the Court by motion of the United States of America, to Dismiss Indictment and Withdraw Arrest Warrant, and the Court having given due consideration to the relief sought, IT IS HEREBY ORDERED, that the indictment filed in the District of Connecticut under docket number 3:89CR-68, as to Arnold Foote, Jr., is dismissed; and IT IS FURTHER ORDERED that the bench warrant issued upon the filing of the indictment in docket number 3:89CR-68 for defendant Arnold Foote, Jr., is to be withdrawn and cancelled.

SO ORDERED, this 10th day of November, 2010, in New Haven, Connecticut.

/s/ Peter C. Dorsey, SUSDJ
---
HON. PETER C. DORSEY
SENIOR UNITED STATES DISTRICT JUDGE